Goriune Dudukgian, AK Bar No. 0506051
James J. Davis, Jr., AK Bar No. 9412140
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Tel: (907) 308-3395
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEANNIE DUVALL,<br><br>ALLEASE RIDDLE,<br><br>LORRENA TERRY,<br><br>    Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No.: 3:20-cv-00089-JWS<br>   Consolidated with<br>   3:20-cv-00090-JWS<br>   3:20-cv-00091-JWS<br><br>**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES** |

Pursuant to 15 U.S.C. § 1692k(a)(3), Federal Rule of Civil Procedure 54(d)(2), and Local Rule 54.2, plaintiffs Jeannie Duvall, Allease Riddle, and Lorrena Terry, through counsel, the Northern Justice Project, LLC, hereby move for an award of attorney's fees in the amount of $26,220.00, plus any additional fees incurred in

PLAINTIFFS' MOTION FOR ATTORNEY'S FEES
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 1 of 2

Case 3:20-cv-00089-JWS   Document 29   Filed 01/27/21   Page 1 of 2

responding to the defendant's opposition to this motion.

This motion is supported by the memorandum of law and declarations filed herewith.

DATED this 27th day of January, 2021.

                                  NORTHERN JUSTICE PROJECT, LLC
                                  Attorneys for Plaintiffs

                                By: /s/ Goriune Dudukgian
                                     Goriune Dudukgian, ABA No. 0506051
                                     James J. Davis, Jr., ABA No. 9412140

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, a copy of the foregoing document was served electronically on the following persons via the CM/ECF system:

George Cruickshank

/s/ Goriune Dudukgian

PLAINTIFFS' MOTION FOR ATTORNEY'S FEES
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 2 of 2

Case 3:20-cv-00089-JWS   Document 29   Filed 01/27/21   Page 2 of 2