# EXHIBIT 1

# RE: Duvall v. PRA (D. AK. CASE NO. 3:20-cv-00089-JWS) – Offers of judgment

| | |
|---|---|
| From: | George Cruickshank (gcruickshank@grsm.com) |
| To: | gdudukgian@njp-law.com |
| Cc: | jdavis@njp-law.com; nferonti@njp-law.com |
| Date: | Monday, January 11, 2021, 07:54 PM AKST |

Goriune,

Thanks for your response.

It appears your clients are set on incurring additional fees in this matter after full resolution of Plaintiffs' claims. PRA remains ready and willing to discuss and resolve Plaintiffs' fee and cost demand upon receipt of a counter-offer.

We look forward to hearing from you.

GMC

> **From:** Goriune Dudukgian <gdudukgian@njp-law.com>
> **Sent:** Friday, January 8, 2021 4:25 PM
> **To:** George Cruickshank <gcruickshank@grsm.com>
> **Cc:** Jim Davis <jdavis@njp-law.com>; Nick Feronti <nferonti@njp-law.com>
> **Subject:** Re: Duvall v. PRA (D. AK. CASE NO. 3:20-cv-00089-JWS) – Offers of judgment
>
> George,
>
> We are not even in the same ballpark, and it seems that we are just wasting each other's time. We will let the court decide the amount of fees and costs to be included in the judgment. We are confident that the court will find nothing objectionable about our fee request.
>
> The court ordered you to file a proposed form of judgment by next Wednesday. On that form, please leave blank spaces for the costs and attorney's fees, in accord with Local Rule 58.1.

Goriune Dudukgian

**Northern Justice Project, LLC**

406 G Street, Suite 207

Anchorage, AK 99501

Tel: (907) 308-3395

Fax: (866) 813-8645

https://njp-law.com/

-------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

On Friday, January 8, 2021, 03:17:49 PM PST, George Cruickshank <gcruickshank@grsm.com> wrote:

Goriune,

Thanks for your prompt response.

The following fees are objectionable:

–   Any fees or costs accrued after the OOJs were served. *See Guerrero v. Cummings,* 70 F.3d 1111, 1114 (9th Cir. 1995).

–   Any work done prematurely given the early posture and procedure of the cases, such as consulting with experts while the parties engaged in pleading stage motion practice.

–   Attorney Nick Feronti's fees. Mr. Feronti is not licensed to practice in Alaska.

As you can see, even a preliminary analysis yields a meaningful reduction of your fees and costs. Of course, we plan to do a much more thorough analysis should this issue come before the court.

PRA offers $10,500 total to settle all of these cases ($1,500 per case as set forth in the OOJs, plus an additional $6,000).

We look forward to your response and cooperation in resolving these issues without unnecessary use of judicial resources.

Thanks,

GMC

Best,

---

**From:** Goriune Dudukgian <gdudukgian@njp-law.com>
**Sent:** Thursday, January 7, 2021 3:04 PM
**To:** George Cruickshank <gcruickshank@grsm.com>
**Cc:** Jim Davis <jdavis@njp-law.com>; Nick Feronti <nferonti@njp-law.com>
**Subject:** Re: Duvall v. PRA (D. AK. CASE NO. 3:20-cv-00089-JWS) – Offers of judgment

George,

We agree that satellite litigation on attorney's fees and costs is best avoided whenever possible. However, PRA's offer on fees and costs was so unreasonably low, that *we* would be the ones bidding against ourselves if we make a counter now.

As an initial matter, your initial offer was ambiguous and confusing. Because the offer of $6,000 was phrased as "inclusive of fees and costs," we assumed that the damage amount to the plaintiffs was included in that number. Your email below says otherwise. At least we have that cleared up now.

But even if the plaintiffs' damages are excluded from the offer, if you consider that the plaintiffs incurred $1,200 in filing fees alone, PRA's offer leaves only $4,800 for attorney's fees, which is less than 25% of the lodestar amount. As you know, both the FDCPA and UTPA call for an award of *full* reasonable attorney's fees.

At this time, you have given us no reason to reduce our fees. Is PRA objecting to any particular time entries? If so, please let us know which ones, and the basis for the objection(s), and we may reconsider. Is PRA objecting to our hourly rates? If so, on what basis? (Please note also that many judges in Alaska have approved our billing rates as reasonable.)

The fact of the matter is that PRA could have settled this case for much less liability if it made the same offers of judgment early on in these cases. The liability here was clear cut. Instead, PRA chose to file a clearly meritless motion to dismiss in all three cases, which necessarily drove up

the attorney's fees. Still, PRA is lucky that our overall fees are quite low (an average of less than $7,000 per case), because of the overlap in issues and the "economies of scale" achieved by filing these cases together. We are quite confident that the court will find our fees to be more than reasonable and will award the full amount.

If PRA has not learned its lesson and wants to litigate the issue of fees, so be it. In the Ninth Circuit, courts award fees on fees, so we would ultimately get a larger award (not to mention the hefty attorney's fees that PRA is paying your firm; speaking of which, I hope GRSM paid you a nice year-end bonus, you earned it.). For these reasons, PRA's position doesn't seem to make a lot of sense. But PRA must have its reasons. At the same time, we are comfortable putting our cards on the table and letting Judge Sedwick decide the issue.

Goriune Dudukgian

**Northern Justice Project, LLC**

406 G Street, Suite 207

Anchorage, AK 99501

Tel: (907) 308-3395

Fax: (866) 813-8645

https://njp-law.com/

-------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

On Thursday, January 7, 2021, 02:38:25 PM PST, George Cruickshank <gcruickshank@grsm.com> wrote:

> Goriune,
>
> As courts are generally not fond of unnecessarily overseeing fee disputes, we would recommend providing a counter in good faith. Resolution of NJP's fees and costs will also allow for conservation of judicial, and the parties', resources by avoiding further briefing in this matter.

Case 3:20-cv-00089-JWS   Document 31-1   Filed 01/27/21   Page 5 of 9

Exhibit 1
Page 4 of 8

Of course, we cannot force you to provide a counter. We cannot ask our client to bid against itself.

In thinking this over, please note that the $1500 damage amount offered (and accepted) in each OOJ is separate and apart from the fee and cost offer made below.

Thanks, and we look forward to hearing from you.

GMC

---

**From:** Goriune Dudukgian <gdudukgian@njp-law.com>
**Sent:** Wednesday, January 6, 2021 5:41 PM
**To:** George Cruickshank <gcruickshank@grsm.com>
**Cc:** Jim Davis <jdavis@njp-law.com>; Nick Feronti <nferonti@njp-law.com>
**Subject:** Re: Duvall v. PRA (D. AK. CASE NO. 3:20-cv-00089-JWS) – Offers of judgment

George,

PRA's offer is rejected. We will ask the court to award attorney's fees and costs in accord with FRCP 54 and the terms of PRA's offers of judgment.

Goriune Dudukgian

**Northern Justice Project, LLC**

406 G Street, Suite 207

Anchorage, AK 99501

Tel: (907) 308-3395

Fax: (866) 813-8645

https://njp-law.com/

-------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from

your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

On Wednesday, January 6, 2021, 05:36:02 PM PST, George Cruickshank <gcruickshank@grsm.com> wrote:

Goriune,

PRA offers $6,000 total to resolve all three instant matters, inclusive of fees and costs.

Please don't hesitate to reach out to discuss.

Thanks,

GMC

**From:** Goriune Dudukgian <gdudukgian@njp-law.com>
**Sent:** Friday, December 18, 2020 9:21 AM
**To:** George Cruickshank <gcruickshank@grsm.com>
**Cc:** Jim Davis <jdavis@njp-law.com>; Nick Feronti <nferonti@njp-law.com>
**Subject:** Re: Duvall v. PRA (D. AK. CASE NO. 3:20-cv-00089-JWS) – Offers of judgment

Dear George,

Please find attached notices of acceptance of PRA's offers of judgment by all 3 plaintiffs in the above case. Please confirm receipt.

As you know, the offers of judgment include "reasonable attorneys' fees and costs." In an effort to avoid satellite litigation on fees, I have attached a report of our time entries to date in these cases. Please note that (1) a few time entries containing the substance of communications with our clients have been redacted in order to protect privileged information; (2) after the cases were consolidated by the Court, the bulk if not all of the time entries were billed to the Duvall case, which was designated by the Court as the lead case.

As you will see on the attached report, our attorney's fees for all 3 cases total $20,662.50. In addition, our costs are $1,200 (the filing fee x3). Please let us know by the close of business on December 28 whether PRA is willing to stipulate to "reasonable attorneys' fees and costs" in the amount of $21,862.50. If not, in accord with the terms of the offers of judgment, we will ask the Court to determine the fee award, in which case we will also ask the Court to award fees on fees.

Finally, I would note that the vast majority of the fees could have been avoided if PRA had made these offers of judgment early on in the case, instead of litigating a clearly meritless motion to dismiss. That said, better late than never, and we appreciate your efforts in getting these cases resolved.

Goriune Dudukgian

**Northern Justice Project, LLC**

406 G Street, Suite 207

Anchorage, AK 99501

Tel: (907) 308-3395

Fax: (866) 813-8645

https://njp-law.com/

-------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

On Friday, December 11, 2020, 05:48:04 PM PST, George Cruickshank <gcruickshank@grsm.com> wrote:

Goriune,

Attached please find PRA's offers of judgment in each of the consolidated cases.

A copy will not follow by US mail unless requested.

Thanks,

GMC

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com