# EXHIBIT 2

# Time Entries
## Northern Justice Project, LLC

Professional = Goriune Dudukgian (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-26-2021

### Duvall, Jeannie
### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-02-2020 | Approved | | Billable | Review client's credit reports | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 04-07-2020 | Approved | | Billable | Draft complaint | Dudukgian, Goriune | | | 0.700 | 375.00 | 262.50 |
| 04-08-2020 | Approved | | Billable | Edit and revise complaint | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 04-21-2020 | Approved | | Billable | Email to Matt Singer/Nick Filer re complaint, waiver of service | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 05-11-2020 | Approved | | Billable | Prepare FAC | Dudukgian, Goriune | | | 0.500 | 375.00 | 187.50 |
| 06-23-2020 | Approved | | Billable | Review minute order re extension | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 06-29-2020 | Approved | | Billable | Review motion to dismiss | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 07-08-2020 | Approved | | Billable | Edit and revise opposition to PRA's motion to dismiss | Dudukgian, Goriune | | | 1.800 | 375.00 | 675.00 |
| 07-09-2020 | Approved | | Billable | Edit updated draft of opposition to MTD | Dudukgian, Goriune | | | 0.500 | 375.00 | 187.50 |
| 07-23-2020 | Approved | | Billable | Review MTD reply | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 07-23-2020 | Approved | | Billable | Confer w/ JD re weakness of PRA's reply | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 10-16-2020 | Approved | | Billable | Review MTD order | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 10-16-2020 | Approved | | Billable | Confer w/ co-counsel re strategy, next steps | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 10-27-2020 | Approved | | Billable | Confer w/ JD re opposing extension | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 10-27-2020 | Approved | | Billable | Review motion for extension | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 10-28-2020 | Approved | | Billable | Draft opposition to motion for extension | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 10-29-2020 | Approved | | Billable | Review order denying extension | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 11-02-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |

# Time Entries
## Northern Justice Project, LLC

Professional = Goriune Dudukgian (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-26-2021

### Duvall, Jeannie
### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-02-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.400 | 375.00 | 150.00 |
| | Email from George Cruickshank re consolidation | | | | | | | | | |
| 11-02-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Review FRCP 42, local rules, and case law on consolidation | | | | | | | | | |
| 11-03-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | Confer w/ JD re consolidation | | | | | | | | | |
| 11-03-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Confer w/ JD re bona fide error defense | | | | | | | | | |
| 11-04-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Confer w/ co-counsel re consolidation | | | | | | | | | |
| 11-06-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| | Email to George Cruickshank re consolidation | | | | | | | | | |
| 11-06-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | Confer w/ co-counsel re answer, next steps | | | | | | | | | |
| 11-12-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Review answer | | | | | | | | | |
| 11-12-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Review order re initial scheduling | | | | | | | | | |
| 11-13-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Email to Cruickshank re 26(f) meeting | | | | | | | | | |
| 11-14-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Review order re consolidation | | | | | | | | | |
| 11-20-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | Email to Cruickshank re 26(f) meeting | | | | | | | | | |
| 11-20-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Confer w/ co-counsel re potential expert | | | | | | | | | |
| 11-21-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | Review CV of potential expert | | | | | | | | | |
| 11-21-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Confer w/ JD re FRCP 26(f), expert witness | | | | | | | | | |
| 11-22-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | Confer w/ Nick re discovery requests | | | | | | | | | |
| 11-22-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.400 | 375.00 | 150.00 |
| | Email to potential expert | | | | | | | | | |
| | Edit and revise discovery requests | | | | | | | | | |

**Time Entries**
Northern Justice Project, LLC

Professional = Goriune Dudukgian (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-26-2021

## Duvall, Jeannie
### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-23-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | | | | Confer w/ NF re discovery requests | | | | | | |
| 11-23-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 2.000 | 375.00 | 750.00 |
| | | | | Ascertainable loss and credit reporting | | | | | | |
| 11-23-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Emails to/from Cruickshank re Rule 26(f) meeting | | | | | | |
| 11-23-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| | | | | Prepare draft of Rule 26(f) report | | | | | | |
| 11-23-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | | | | Confer w/ co-counsel re UTPA claims and "ascertainable loss" | | | | | | |
| 11-24-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | | | | Confer w/ JD re ascertainable loss, standing, dismissal of UTPA claims | | | | | | |
| 11-24-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Emails to/from Cruickshank re Rule 26(f) meeting/report | | | | | | |
| 11-27-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | | | | Confer w/ JD re dismissal of state law claims | | | | | | |
| 11-30-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Review revised draft of Rule 26(f) report | | | | | | |
| 11-30-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Emails to/from George Cruickshank re Rule 26(f) report, dismissal of state law claims | | | | | | |
| 12-01-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 2.000 | 375.00 | 750.00 |
| | | | | Legal research re Spokeo/standing in FDCPA/FCRA cases | | | | | | |
| 12-02-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Emails to/from George Cruickshank re Rule 26(f) report | | | | | | |
| 12-03-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Emails to/from GMC re Rule 26(f) report | | | | | | |
| 12-03-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | | | | Edit and finalize Rule 26(f) report | | | | | | |
| 12-03-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | | | | Confer w/ co-counsel re Spokeo/standing | | | | | | |
| 12-03-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Email to potential expert | | | | | | |
| 12-03-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.500 | 375.00 | 187.50 |
| | | | | Investigation re potential expert | | | | | | |
| 12-08-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |

# Time Entries
## Northern Justice Project, LLC

Professional = Goriune Dudukgian (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-26-2021

### Duvall, Jeannie
### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-11-2020 | Approved | | Billable | Review scheduling order | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 12-11-2020 | Approved | | Billable | Review offers of judgment | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 12-11-2020 | Approved | | Billable | Review PRA's initial disclosures | Dudukgian, Goriune | | | 0.500 | 375.00 | 187.50 |
| 12-11-2020 | Approved | | Billable | Review PRA's first discovery requests to each plaintiff | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 12-11-2020 | Approved | | Billable | Confer w/ JD re offer of judgment | Dudukgian, Goriune | | | 0.800 | 375.00 | 300.00 |
| 12-16-2020 | Approved | | Billable | Legal research/investigation re potential damages recovery | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 12-17-2020 | Approved | | Billable | Review corporate disclosure statement | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 12-18-2020 | Approved | | Billable | Prepare notice of acceptance of OOJ x3 | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 01-06-2021 | Approved | | Billable | Email to GMC re acceptance of offers of judgment, attorney's fees and costs | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 01-06-2021 | Approved | | Billable | Emails to/from Cruickshank re attorney's fees | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 01-07-2021 | Approved | | Billable | Confer w/ co-counsel re PRA's offer on fees and costs and filing a motion with the court | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 01-07-2021 | Approved | | Billable | Emails to/from Cruickshank re attorney's fees offer | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 01-07-2021 | Approved | | Billable | Confer w/ co-counsel re attorney's fees offer | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 01-08-2021 | Approved | | Billable | Draft discovery requests re attorney's fees (re Duvall) | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 01-08-2021 | Approved | | Billable | Emails to/from GMC re attorney's fees | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 01-08-2021 | Approved | | Billable | Review Guerrero case mentioned in GMC's email | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 01-11-2021 | Approved | | Billable | Draft discovery requests re attorney's fees (re Terry and Riddle) | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Email from Cruickshank re attorney's fees | | | | | | |

**Time Entries**
Northern Justice Project, LLC

Professional = Goriune Dudukgian (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-26-2021

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Duvall, Jeannie* | | | | | | | | | | |
| *Federal Lawsuit* | | | | | | | | | | |
| 01-11-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Confer w/ co-counsel re fee motion | | | | | | |
| 01-13-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Review proposed judgment and related docs filed by PRA | | | | | | |
| 01-14-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Review judgments | | | | | | |
| 01-14-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 7.000 | 375.00 | 2,625.00 |
| | | | | Continue drafting argument section of brief | | | | | | |
| 01-20-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 1.000 | 375.00 | 375.00 |
| | | | | Edit motion for fees | | | | | | |
| 01-20-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.400 | 375.00 | 150.00 |
| | | | | Begin drafting fee declaration | | | | | | |
| 01-21-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Edit declaration to add Nick info | | | | | | |
| 01-25-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Prepare bill of costs x3 | | | | | | |
| 01-25-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| | | | | Confer with Mark Regan and prepare draft declaration | | | | | | |
| 01-25-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.000 | 375.00 | 0.00 |
| | | | | Confer with Dan Pace and prepare draft declaration | | | | | | |
| 01-26-2021 | Approved | | Billable | | Dudukgian, Goriune | | | 0.400 | 375.00 | 150.00 |
| | | | | Finalize fee application filings | | | | | | |
| | | | | | | | Matter Total | 29.200 | | 10,950.00 |
| | | | | | | | Client Total | 29.200 | | 10,950.00 |
| *Riddle, Allease* | | | | | | | | | | |
| *Federal Lawsuit* | | | | | | | | | | |
| 04-09-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| | | | | Review credit reports | | | | | | |
| 04-10-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.500 | 375.00 | 187.50 |
| | | | | Draft complaint | | | | | | |
| 04-21-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| | | | | Email to Filer/Cruickshank re complaint, waiver of service | | | | | | |
| 04-21-2020 | Approved | | Billable | | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| | | | | Confer w/ JD re client's damages | | | | | | |

# Time Entries
## Northern Justice Project, LLC

Professional = Goriune Dudukgian (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-26-2021

### Riddle, Allease
### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-21-2020 | Approved | | Billable | Legal research re FDCPA damages | Dudukgian, Goriune | | | 0.500 | 375.00 | 187.50 |
| 06-19-2020 | Approved | | Billable | Emails to/from George Cruickshank re PRA's intent to file motion to dismiss | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 06-23-2020 | Approved | | Billable | Review minute order re extension | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 06-26-2020 | Approved | | Billable | Email to George Cruickshank re motion to dismiss | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 06-29-2020 | Approved | | Billable | Review motion to dismiss | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 07-19-2020 | Approved | | Billable | Confer w/ JD re arbitration clause | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 07-23-2020 | Approved | | Billable | Review MTD reply | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 10-16-2020 | Approved | | Billable | Review MTD order | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 10-23-2020 | Approved | | Billable | Emails to/from George Cruickshank re request for extension | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 10-27-2020 | Approved | | Billable | Review motion for extension | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 10-28-2020 | Approved | | Billable | Draft opposition to motion for extension | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 11-06-2020 | Approved | | Billable | Review answer | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 11-06-2020 | Approved | | Billable | Review motion to consolidate | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 11-10-2020 | Approved | | Billable | Confer w/ co-counsel re discovery plan | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 11-10-2020 | Approved | | Billable | Prepare non-opposition to consolidation | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | | | | | | | Matter Total | 3.700 | | 1,387.50 |
| | | | | | | | Client Total | 3.700 | | 1,387.50 |

Case 3:20-cv-00089-JWS   Document 31-2   Filed 01/27/21   Page 7 of 8

# Time Entries
## Northern Justice Project, LLC

Professional = Goriune Dudukgian (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-26-2021

### Terry, Lorena
#### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-31-2020 | Approved | | Billable | Legal research re FDCPA/FCRA requirements on reporting of disputed debts | Dudukgian, Goriune | | | 2.200 | 375.00 | 825.00 |
| 03-31-2020 | Approved | | Billable | Review client's credit reports | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 04-01-2020 | Approved | | Billable | Begin drafting complaint | Dudukgian, Goriune | | | 1.400 | 375.00 | 525.00 |
| 04-01-2020 | Approved | | Billable | Confer w/ co-counsel re filing federal complaint | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 04-04-2020 | Approved | | Billable | Confer w/ JD re complaint | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 04-07-2020 | Approved | | Billable | Edit and revise complaint | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 06-23-2020 | Approved | | Billable | Review minute order re extension | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 06-29-2020 | Approved | | Billable | Review motion to dismiss | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 07-18-2020 | Approved | | Billable | Edit and revise opposition to motion to dismiss | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 07-23-2020 | Approved | | Billable | Review MTD reply | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 10-16-2020 | Approved | | Billable | Review MTD order | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 10-26-2020 | Approved | | Billable | Emails to/from George Cruickshank re extension to answer | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 10-27-2020 | Approved | | Billable | Emails to/from George Cruickshank re extension to answer | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| 10-27-2020 | Approved | | Billable | Review motion for extension | Dudukgian, Goriune | | | 0.100 | 375.00 | 37.50 |
| 10-28-2020 | Approved | | Billable | Draft opposition to motion for extension | Dudukgian, Goriune | | | 0.300 | 375.00 | 112.50 |
| 11-06-2020 | Approved | | Billable | Review answer | Dudukgian, Goriune | | | 0.200 | 375.00 | 75.00 |
| | | | | | | | Matter Total | 6.500 | | 2,437.50 |
| | | | | | | | Client Total | 6.500 | | 2,437.50 |
| | | | | | | | Grand Total | 39.400 | | 14,775.00 |