# EXHIBIT 1

# Time Entries
## Northern Justice Project, LLC

Professional = James Davis (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-25-2021

### Duvall, Jeannie
### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-07-2020 | Approved | | Billable | Confer w co counsel and review and approve client retainer | Davis, James | | | 0.100 | 400.00 | 40.00 |
| 05-03-2020 | Approved | | Billable | Confer w co counsel re filing for PSJ | Davis, James | | | 0.100 | 400.00 | 40.00 |
| 10-16-2020 | Approved | | Billable | Confer w co counsel re next steps post MTD denial order | Davis, James | | | 0.300 | 400.00 | 120.00 |
| 10-27-2020 | Approved | | Billable | Confer w GD re extension of time issues | Davis, James | | | 0.200 | 400.00 | 80.00 |
| 11-02-2020 | Approved | | Billable | Confer w co counsel re consolidation of all cases | Davis, James | | | 0.100 | 400.00 | 40.00 |
| 11-03-2020 | Approved | | Billable | Confer w GD re possible BFE issues | Davis, James | | | 0.200 | 400.00 | 80.00 |
| 11-03-2020 | Approved | | Billable | Confer w GD re agreement to consolidate | Davis, James | | | 0.100 | 400.00 | 40.00 |
| 11-06-2020 | Approved | | Billable | Confer w gd re tactics | Davis, James | | | 0.300 | 400.00 | 120.00 |
| 11-20-2020 | Approved | | Billable | Confer w NACA members re qualified experts | Davis, James | | | 0.400 | 400.00 | 160.00 |
| 11-20-2020 | Approved | | Billable | Confer w co counsel re possible need for expert on client credit damage | Davis, James | | | 0.200 | 400.00 | 80.00 |
| 11-21-2020 | Approved | | Billable | Confer w expert about possible retention; confer w GD re same | Davis, James | | | 0.200 | 400.00 | 80.00 |
| 11-23-2020 | Approved | | Billable | Confer w NCLC re client damage issues and need for expert | Davis, James | | | 0.400 | 400.00 | 160.00 |
| 11-23-2020 | Approved | | Billable | Confer w co counsel re ascertainable loss issue | Davis, James | | | 0.200 | 400.00 | 80.00 |
| 11-24-2020 | Approved | | Billable | Confer w NCLC re ascertainable loss issue and spokeo | Davis, James | | | 0.200 | 400.00 | 80.00 |
| 11-24-2020 | Approved | | Billable | Confer w GD re ascertainable loss issue and spokeo | Davis, James | | | 0.200 | 400.00 | 80.00 |
| 11-25-2020 | Approved | | Billable | Confer w NF re client credit damages | Davis, James | | | 0.100 | 400.00 | 40.00 |
| 11-27-2020 | Approved | | Billable | Confer w GD re possible dismissal of UTPA claims | Davis, James | | | 0.200 | 400.00 | 80.00 |
| 12-03-2020 | Approved | | Billable | | Davis, James | | | 0.600 | 400.00 | 240.00 |

**Time Entries**
Northern Justice Project, LLC

Professional = James Davis (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-25-2021

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **Duvall, Jeannie** | | | | | | | | | | |
| **Federal Lawsuit** | | | | | | | | | | |
| | | | | Review 9th circuit spokeo cases and Confer w GD and NF re Spokeo issues | | | | | | |
| 12-11-2020 | Approved | | Billable | | Davis, James | | | 0.200 | 400.00 | 80.00 |
| | | | | Confer w GD re OOJ | | | | | | |
| 01-06-2021 | Approved | | Billable | | Davis, James | | | 0.300 | 400.00 | 120.00 |
| | | | | Review GMC em rejecting settlement offer and confer re briefing needed and applicable deadlines | | | | | | |
| 01-07-2021 | Approved | | Billable | | Davis, James | | | 0.200 | 400.00 | 80.00 |
| | | | | Edit and revise discovery and confer w GD re same | | | | | | |
| 01-08-2021 | Approved | | Billable | | Davis, James | | | 0.300 | 400.00 | 120.00 |
| | | | | Review GMC em demanding fee reduction and citing cases and review case and confer w GD and discuss research on issue of fees for lawyers licensed in other states | | | | | | |
| 01-11-2021 | Approved | | Billable | | Davis, James | | | 0.100 | 400.00 | 40.00 |
| | | | | Review GMC email and confer with GD. | | | | | | |
| 01-20-2021 | Approved | | Billable | | Davis, James | | | 0.300 | 400.00 | 120.00 |
| | | | | Draft fee affidavit | | | | | | |
| 01-20-2021 | Approved | | Billable | | Davis, James | | | 0.100 | 400.00 | 40.00 |
| | | | | Edit and revise and proof fee motion | | | | | | |
| | | | | | | | **Matter Total** | **5.600** | | **2,240.00** |
| | | | | | | | **Client Total** | **5.600** | | **2,240.00** |
| **Riddle, Allease** | | | | | | | | | | |
| **Federal Lawsuit** | | | | | | | | | | |
| 04-21-2020 | Approved | | Billable | | Davis, James | | | 0.300 | 400.00 | 120.00 |
| | | | | Confer w gd re damages | | | | | | |
| 07-19-2020 | Approved | | Billable | | Davis, James | | | 0.100 | 400.00 | 40.00 |
| | | | | Em from GMC | | | | | | |
| 07-19-2020 | Approved | | Billable | | Davis, James | | | 0.100 | 400.00 | 40.00 |
| | | | | Confer w GD re arbitration | | | | | | |
| 10-16-2020 | Approved | | Billable | | Davis, James | | | 0.200 | 400.00 | 80.00 |
| | | | | Confer w GD and em GMC re need to timely and responsive answer | | | | | | |
| 11-21-2020 | Approved | | Billable | | Davis, James | | | 0.200 | 400.00 | 80.00 |
| | | | | Confer w GD re 26f meeting issue and Avanti involvment | | | | | | |
| | | | | | | | **Matter Total** | **0.900** | | **360.00** |
| | | | | | | | **Client Total** | **0.900** | | **360.00** |

Case 3:20-cv-00089-JWS   Document 32-1   Filed 01/27/21   Page 3 of 4

# Time Entries
## Northern Justice Project, LLC

Professional = James Davis (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-25-2021

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Terry, Lorena* | | | | | | | | | | |
| *Federal Lawsuit* | | | | | | | | | | |
| 04-01-2020 | Approved | | Billable | | Davis, James | | | 0.300 | 400.00 | 120.00 |
| | | Confer w co counsel re possible fed claims | | | | | | | | |
| 04-04-2020 | Approved | | Billable | | Davis, James | | | 0.200 | 400.00 | 80.00 |
| | | Confer w gd re complaint | | | | | | | | |
| 06-23-2020 | Approved | | Billable | | Davis, James | | | 0.100 | 400.00 | 40.00 |
| | | Review court order | | | | | | | | |
| 07-23-2020 | Approved | | Billable | | Davis, James | | | 0.100 | 400.00 | 40.00 |
| | | Confer w/ gd re reply | | | | | | | | |
| 10-29-2020 | Approved | | Billable | | Davis, James | | | 0.100 | 400.00 | 40.00 |
| | | Review ct order re ext | | | | | | | | |
| | | | | | | | Matter Total | 0.800 | | 320.00 |
| | | | | | | | Client Total | 0.800 | | 320.00 |
| | | | | | | | Grand Total | 7.300 | | 2,920.00 |