Goriune Dudukgian, AK Bar No. 0506051
James J. Davis, Jr., AK Bar No. 9412140
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Tel: (907) 308-3395
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com

Attorneys for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEANNIE DUVALL, | Case No.: 3:20-cv-00089-JWS |
| ALLEASE RIDDLE, | Consolidated with 3:20-cv-00090-JWS 3:20-cv-00091-JWS |
| LORRENA TERRY, | |
| Plaintiffs, | **DECLARATION OF NICHOLAS FERONTI IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

I, Nicholas Feronti, declare under penalty of perjury:

1.      I am an attorney at the Northern Justice Project, LLC ("NJP"), a private civil rights firm in Anchorage that specializes in civil rights and consumer class action lawsuits and special education law. I assisted in the above-captioned consolidated cases.

DECLARATION OF NICHOLAS FERONTI IN SUPPORT
OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 1 of 3

2.     I am a 2016 graduate of Northwestern Pritzker University School of Law. I graduated magna cum laude and was elected to the Order of the Coif. Through the school's accelerated juris doctor program, I graduated in two years.

3.     From February 2018 until June 2019, I worked as a staff attorney in the Anchorage Office of Alaska Legal Services Corporation. In that capacity, I represented indigent Alaskans in a wide range of civil legal matters. This included assisting victims of domestic violence in obtaining protective orders, defending renters against improper evictions, representing disabled people in appeals of Social Security disability determinations, divorce and custody litigation, a diverse range of administrative hearings involving health care and public benefits issues, foreclosure litigation, and consumer protection cases.

4.     I am licensed to practice in Texas. I practiced at Alaska Legal Services Corporation under an Alaska Bar Rule 43 waiver for legal services employees.

5.     Since June 2019, I have worked full time as an attorney for NJP. This work has included assisting with a number of consumer law cases, including but not limited to cases involving allegations of improper debt collection.

6.     My current billing rate is $250 per hour. This is the rate that NJP charges to its paying clients. This is also the rate that, on August 18, 2020, was approved in a fee award by the Presiding Superior Court Judge in Anchorage. *See Herrrera et al. v. Buyers Real Estate Property Management LLC et al.,* Case No. 3AN-19-06486CI.

DECLARATION OF NICHOLAS FERONTI IN SUPPORT
OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 2 of 3

Case 3:20-cv-00089-JWS   Document 33   Filed 01/27/21   Page 2 of 3

7.      During the course of my representation of the plaintiffs, I kept contemporaneous track of my billable time using my firm's timekeeping software (TimeSolv). Attached hereto as Exhibit 1 is a print-out of a TimeSolv report detailing the services I provided to the plaintiffs in this case. As of the time of this declaration, I have billed a total of 34.1 hours on the three cases. At the rate of $250 per hour, my attorney's fees amount to $8,525.00.

8.      I did not appear before the Court in this matter, did not sign any pleadings, and did not have exclusive contact with the plaintiffs or with opposing counsel.

9.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.


EXECUTED this 26th day of January, 2021 at Anchorage, Alaska


___/s/ Nicholas Feronti_____
Nicholas Feronti

DECLARATION OF NICHOLAS FERONTI IN SUPPORT
OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 3 of 3