# EXHIBIT 1

# Time Entries
## Northern Justice Project, LLC

Professional = Nick Feronti (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-25-2021

### Duvall, Jeannie
### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-06-2020 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Call with Jeannie Duvall regarding federal claims concerning credit reporting issues and about retainer for federal lawsuit. | | | | | | |
| 04-07-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Follow up email to Jeannie Duvall recapping phone call about federal lawsuit and providing retainer agreement. | | | | | | |
| 04-20-2020 | Approved | | Billable | | Feronti, Nick | | | 0.500 | 250.00 | 125.00 |
| | | | | Finalizing complaint, summons, and cover sheet; filing documents with federal court via email; follow up email to client regarding the same. | | | | | | |
| 05-03-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Confer with Jim Davis regarding potentially filing a motion for partial summary judgment. | | | | | | |
| 07-05-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Preliminary review of Defendant's Motion to Dismiss or Stay. | | | | | | |
| 07-05-2020 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Outlining opposition to defendant's Motion to Dismiss or for Stay. | | | | | | |
| 07-06-2020 | Approved | | Billable | | Feronti, Nick | | | 3.800 | 250.00 | 950.00 |
| | | | | Drafting opposition to Motion to Dismiss or for a Stay. | | | | | | |
| 07-06-2020 | Approved | | Billable | | Feronti, Nick | | | 1.000 | 250.00 | 250.00 |
| | | | | Legal research regarding defendant's Motion to Dismiss or for Stay. | | | | | | |
| 07-07-2020 | Approved | | Billable | | Feronti, Nick | | | 4.700 | 250.00 | 1,175.00 |
| | | | | Finalizing first draft of opposition to Motion to Dismiss or for Stay. | | | | | | |
| 07-08-2020 | Approved | | Billable | | Feronti, Nick | | | 0.900 | 250.00 | 225.00 |
| | | | | Editing, revising, and adding case law to opposition to motion to dismiss. | | | | | | |
| 07-09-2020 | Approved | | Billable | | Feronti, Nick | | | 0.300 | 250.00 | 75.00 |
| | | | | Finalize and proof defendant's motion to dismiss. | | | | | | |
| 10-16-2020 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Review court's order on motion to dismiss. | | | | | | |
| 11-22-2020 | Approved | | Billable | | Feronti, Nick | | | 0.800 | 250.00 | 200.00 |
| | | | | Drafting first set of discovery requests; circulating to GD for edits and review. | | | | | | |
| 11-23-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Update to Terry discovery requests with respect to date ranges for reporting in select RFA's. | | | | | | |
| 11-23-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Update to Duvall discovery requests with respect to date ranges for reporting in select RFA's. | | | | | | |
| 11-23-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Call with Allease Riddle re credit applications. | | | | | | |
| 11-23-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Call with Jeannie Duvall re credit applications. | | | | | | |

Professional = Nick Feronti (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-25-2021

# Time Entries
## Northern Justice Project, LLC

### Duvall, Jeannie
### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-23-2020 | Approved | | Billable | Confer with Goriune Dudukgian regarding discovery requests. | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| 11-25-2020 | Approved | | Billable | Follow up emails to Jim Davis and Goriune Dudukgian summarizing potential damages arguments | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| 11-27-2020 | Approved | | Billable | Edits to discovery requests obo Alleease Riddle per email from Goriune Dudukgian. | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| 11-28-2020 | Approved | | Billable | Legal research on Article III standing concerns in 1692(e) actions, and emails regarding the same. | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| 12-02-2020 | Approved | | Billable | Call with Lorrena Terry regarding potential impacts of credit report on employment, credit, and insurance opportunities. | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| 12-03-2020 | Approved | | Billable | Finalize and serve Plaintiff's First Set of Discovery Requests for Alleease Riddle. | Feronti, Nick | | | 0.300 | 250.00 | 75.00 |
| 12-03-2020 | Approved | | Billable | Finalize and serve Plaintiff's First Set of Discovery Requests for Jeannie Duvall. | Feronti, Nick | | | 0.300 | 250.00 | 75.00 |
| 12-03-2020 | Approved | | Billable | Finalize and serve Plaintiff's First Set of Discovery Requests for Lorrena Terry. | Feronti, Nick | | | 0.300 | 250.00 | 75.00 |
| 12-09-2020 | Approved | | Billable | Drafting initial disclosures for Jeannie Duvall. | Feronti, Nick | | | 0.600 | 250.00 | 150.00 |
| 12-09-2020 | Approved | | Billable | Drafting initial disclosures for Alleease Riddle | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| 12-09-2020 | Approved | | Billable | Drafting initial disclosures for Lorrena Terry | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| 12-09-2020 | Approved | | Billable | Drafting preliminary witness list for Jeannie Duvall | Feronti, Nick | | | 0.300 | 250.00 | 75.00 |
| 12-09-2020 | Approved | | Billable | Drafting preliminary witness list for Alleease Riddle | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| 12-09-2020 | Approved | | Billable | Drafting preliminary witness list for Lorrena Terry | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| 12-11-2020 | Approved | | Billable | Voicemail for Alleease Riddle regarding offer of judgment. | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| 12-11-2020 | Approved | | Billable | Call with Alleease Riddle regarding offer of judgment; Ms. Riddle intends to accept. | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| 12-11-2020 | Approved | | Billable | Email to Alleease Riddle confirming her decision to accept offer of judgment. | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |

Professional = Nick Feronti (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-25-2021

# Time Entries
## Northern Justice Project, LLC

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Duvall, Jeannie* | | | | | | | | | | |
| *Federal Lawsuit* | | | | | | | | | | |
| | | | | Email to Jeannie Duvall confirming her decision to accept offer of judgment. | | | | | | |
| 12-11-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Voicemail for Jeannie Duvall regarding offer of judgment. | | | | | | |
| 12-11-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Call with Jeannie Duvall regarding offer of judgment; Ms. Duvall wants to accept. | | | | | | |
| 12-11-2020 | Approved | | Billable | | Feronti, Nick | | | 0.800 | 250.00 | 200.00 |
| | | | | Reading PRA's various initial disclosures, PHI request forms, and preliminary witness lists for all three cases. | | | | | | |
| 12-11-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Review offers of judgment from all three cases | | | | | | |
| 12-12-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Emails with Allease Riddle regarding confirmation of her acceptance of the defendant's offer of judgment. | | | | | | |
| 12-12-2020 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Call and emails with Lorrena Terry regarding offer of judgment and her decision to accept the same. | | | | | | |
| 01-15-2021 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Conferring with Jeannie Duvall re execution of a W-9 for settlement funds; sending W-9; receiving and emailing to Jim Davis and Goriune Dudukgian. | | | | | | |
| 01-15-2021 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Conferring with Lorrena Terry re execution of a W-9 for settlement funds; meeting with her in person to execute the same; emailing to Jim Davis and Goriune Dudukgian. | | | | | | |
| 01-15-2021 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Conferring with Allease Riddle re execution of a W-9 for settlement funds; meeting with her in person to execute the same; emailing to Jim Davis and Goriune Dudukgian. | | | | | | |
| 01-18-2021 | Approved | | Billable | | Feronti, Nick | | | 0.500 | 250.00 | 125.00 |
| | | | | Legal research regarding 9th circuit fee awards for FDCPA / lodestar/ entitlement to "fees on fees" and Guerrero case/ 9th Circuit case cites for litigant's entitlement to fees for out-of-forum attorney associating with in-forum attorneys and not otherwise appearing in case | | | | | | |
| 01-18-2021 | Approved | | Billable | | Feronti, Nick | | | 1.900 | 250.00 | 475.00 |
| | | | | Initial drafting of Memorandum in Support of Plaintiffs' Motion for Attorney's Fees. | | | | | | |
| 01-18-2021 | Approved | | Billable | | Feronti, Nick | | | 0.300 | 250.00 | 75.00 |
| | | | | Cite checks of, edits and revisions to, and proofreading Memorandum in Support of Plaintiffs' Motion for Attorney's Fees; sending to James Davis and Goriune Dudukgian for review. | | | | | | |
| 01-25-2021 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Drafting Feronti Declaration for Plainiffs' Motion for Attorney's Fees | | | | | | |
| 01-25-2021 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Lights edits to, proofreads of, and cite checks for Plainiffs' Motion for Attorney's Fees . | | | | | | |
| | | | | | | | **Matter Total** | **21.700** | | **5,425.00** |
| | | | | | | | **Client Total** | **21.700** | | **5,425.00** |

Professional = Nick Feronti (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-25-2021

# Time Entries
## Northern Justice Project, LLC

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Riddle, Allease* | | | | | | | | | | |
| **Federal Lawsuit** | | | | | | | | | | |
| 04-10-2020 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Emails with and call to AR regarding affirmative lawsuit and representation agreement. | | | | | | |
| 04-20-2020 | Approved | | Billable | | Feronti, Nick | | | 0.500 | 250.00 | 125.00 |
| | | | | Finalizing complaint, summons, and cover sheet; filing documents with federal court via email; follow up email to client regarding the same. | | | | | | |
| 07-05-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Preliminary review of Defendant's Motion to Dismiss or Stay. | | | | | | |
| 07-09-2020 | Approved | | Billable | | Feronti, Nick | | | 1.500 | 250.00 | 375.00 |
| | | | | Draft opposition to defendant's motion to dismiss, fix record cites and make appropriate modifications. | | | | | | |
| 07-10-2020 | Approved | | Billable | | Feronti, Nick | | | 0.500 | 250.00 | 125.00 |
| | | | | Revise, finalize, proofread Opposition to Motion to Dismiss, or, in the Alternative, Motion to Stay | | | | | | |
| 07-29-2020 | Approved | | Billable | | Feronti, Nick | | | 2.000 | 250.00 | 500.00 |
| | | | | First draft of First Set of Discovery Requests; circulating via email to GD and JD. | | | | | | |
| 11-10-2020 | Approved | | Billable | | Feronti, Nick | | | 1.000 | 250.00 | 250.00 |
| | | | | Editing and revising plaintiff's first set of discovery requests per GD directions. | | | | | | |
| 11-21-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Confer with GD regarding discovery requests. | | | | | | |
| 11-22-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Reviewing GD's suggested edits and revisions to discovery requests. | | | | | | |
| 11-22-2020 | Approved | | Billable | | Feronti, Nick | | | 0.800 | 250.00 | 200.00 |
| | | | | Revising and adding discovery requests per GD comments and edits; circulating new document via email. | | | | | | |
| | | | | | | | **Matter Total** | **6.800** | | **1,700.00** |
| | | | | | | | **Client Total** | **6.800** | | **1,700.00** |

*Terry, Lorena*
**Federal Lawsuit**

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-31-2020 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Call with Lorrena Terry regarding federal claims and retainer for federal lawsuit; Ms. Terry approved of filing suit. | | | | | | |
| 03-31-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Follow up email to Lorenna Terry recapping phone call about federal lawsuit and providing retainer agreement. | | | | | | |
| 04-07-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Call with LT regarding federal lawsuit | | | | | | |
| 04-07-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Email with client re federal lawsuit | | | | | | |
| 04-20-2020 | Approved | | Billable | | Feronti, Nick | | | 0.500 | 250.00 | 125.00 |

Professional = Nick Feronti (Active Only)
Group By Staff Category
Client - Matter = Multiple (Active Only)
Activity Code = All
View = Original
From 03-01-2020 To 01-25-2021

# Time Entries
## Northern Justice Project, LLC

### Terry, Lorena
#### Federal Lawsuit

| Date | Status | Approval | BillableType | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Finalizing complaint, summons, and cover sheet; filing documents with federal court via email; follow up email to client regarding the same. | | | | | | |
| 04-21-2020 | Approved | | Billable | | Feronti, Nick | | | 0.300 | 250.00 | 75.00 |
| | | | | Filing documents electronically and paying filing fees. | | | | | | |
| 04-21-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Email with court re status and cover sheet follow up. | | | | | | |
| 07-05-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Preliminary review of Defendant's Motion to Dismiss or Stay. | | | | | | |
| 07-16-2020 | Approved | | Billable | | Feronti, Nick | | | 0.500 | 250.00 | 125.00 |
| | | | | Drafting Opposition to Motion to Dismiss, or, in the Alternative, Motion to Stay | | | | | | |
| 07-17-2020 | Approved | | Billable | | Feronti, Nick | | | 1.500 | 250.00 | 375.00 |
| | | | | More drafting of Opposition to Motion to Dismiss, or, in the Alternative, Motion to Stay. | | | | | | |
| 07-18-2020 | Approved | | Billable | | Feronti, Nick | | | 0.100 | 250.00 | 25.00 |
| | | | | Brief edits, per GD, re Opposition to Motion to Dismiss, or, in the Alternative, Motion to Stay. | | | | | | |
| 07-20-2020 | Approved | | Billable | | Feronti, Nick | | | 0.200 | 250.00 | 50.00 |
| | | | | Finalize and file Opposition to Motion to Dismiss, or, in the Alternative, Motion to Stay | | | | | | |
| 11-23-2020 | Approved | | Billable | | Feronti, Nick | | | 1.800 | 250.00 | 450.00 |
| | | | | Drafting Plaintiff's First Set of Discovery Requests | | | | | | |
| | | | | | | | Matter Total | 5.600 | | 1,400.00 |
| | | | | | | | Client Total | 5.600 | | 1,400.00 |
| | | | | | | | Grand Total | 34.100 | | 8,525.00 |