Goriune Dudukgian, AK Bar No. 0506051
James J. Davis, Jr., AK Bar No. 9412140
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Tel: (907) 308-3395
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com

Attorneys for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEANNIE DUVALL,<br><br>ALLEASE RIDDLE,<br><br>LORRENA TERRY,<br><br>    Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No.: 3:20-cv-00089-JWS<br>Consolidated with<br>3:20-cv-00090-JWS<br>3:20-cv-00091-JWS<br><br>**DECLARATION OF MARK REGAN** |

I, Mark Regan, declare under penalty of perjury:

    1.    I am the Legal Director of the Disability Law Center of Alaska. I have practiced in Alaska from 1984-1992 and from 1996 until the present time.

    2.    Over the years, I have submitted numerous fee applications on my own

DECLARATION OF MARK REGAN
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 1 of 2

Case 3:20-cv-00089-JWS   Document 34   Filed 01/27/21   Page 1 of 2

behalf and on behalf of co-counsel with less experience. I have submitted fee applications recently in both state and federal court.

3.  I have reviewed Nick Feronti's resume. I have also interacted personally with Mr. Feronti in reviewing possible legal challenges against the State of Alaska and have developed considerable respect for Mr. Feronti's legal abilities.

4.  Based on my many years of experience, I am familiar with the prevailing market rates of attorneys in Alaska. It is my belief that $250 per hour is a reasonable hourly rate for an attorney with Mr. Feronti's experience.

5.  I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 25th day of January, 2021 at Anchorage, Alaska.



Mark Regan

DECLARATION OF MARK REGAN
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 2 of 2

Case 3:20-cv-00089-JWS   Document 34   Filed 01/27/21   Page 2 of 2