Goriune Dudukgian, AK Bar No. 0506051
James J. Davis, Jr., AK Bar No. 9412140
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Tel: (907) 308-3395
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com

Attorneys for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEANNIE DUVALL, <br><br> ALLEASE RIDDLE, <br><br> LORRENA TERRY, <br><br> Plaintiffs, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | Case No.: 3:20-cv-00089-JWS <br> Consolidated with <br> 3:20-cv-00090-JWS <br> 3:20-cv-00091-JWS <br><br><br> **DECLARATION OF DANIEL I. PACE** |

I, Daniel I. Pace, declare under penalty of perjury:

1. I have been licensed in Alaska since May 23, 2013 and have been in private practice since that time.

2. I specialize in consumer protection cases, including fair debt collection

DECLARATION OF DANIEL I. PACE
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 1 of 2

Case 3:20-cv-00089-JWS   Document 35   Filed 01/27/21   Page 1 of 2

practices. There are *very few* attorneys in Alaska who handle fair debt collection cases, and even fewer who take cases on a contingency basis as the Northern Justice Project does.

3. Based on my experience, I am familiar with the billing rates of lawyers in Alaska.

4. I have reviewed Nick Feronti's resume. In my opinion, $250 per hour is a reasonable hourly rate for an attorney with Mr. Feronti's background, education and experience.

6. I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 25th day of January, 2021 at Anchorage, Alaska.

                                           */s Daniel I. Pace*
                                           Daniel I. Pace

DECLARATION OF DANIEL I. PACE
*Jeannie Duvall, et al. v. Portfolio Recovery Assoc., LLC*
Case No.: 3:20-cv-00089-JWS (consolidated)
Page 2 of 2

Case 3:20-cv-00089-JWS Document 35 Filed 01/27/21 Page 2 of 2